United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARSHIA MEAUX, ) | |
| ) | CIVIL NO. C05-5580RBL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR OVER LENGTH BRIEF |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on regularly before the undersigned upon the parties' Stipulation to File Over Length Brief, it is hereby

ORDERED that Plaintiff is allowed to file an over length Opening Brief totaling 27 pages and Defendant is also allowed to file an over length brief of equal length.

Dated this 15th day of December, 2005.

    s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR OVER LENGTH BRIEF- [C05-5580RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055