1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                         AT TACOMA

10  MARSHIA MEAUX,
11                                              CASE NO.    C05-5580RBL
              Plaintiff,
12
       v.                                       ORDER
13
    JO ANNE B. BARNHART, Commissioner of
14  Social Security,

15            Defendant.

16

17      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge

18  Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if

19  any, and the remaining record, does hereby find and ORDER:

20      (1)    the Court adopts the Report and Recommendation;

21      (2)    the ALJ erred in his decision as described in the report;

22      (3)    the  matter is therefore REVERSED and remanded to the Commissioner for further

23             administrative proceedings; and

24      (4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

25             and Magistrate Judge Karen L. Strombom.

26      DATED this 2nd day of June, 2006.

27
                                    _____
28                                  RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ORDER
Page - 1